**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MATHEW PATERNO,**

    Plaintiff,

v.                              CASE NO.: 8:19-cv-01557-VMC-CPT

**NAVY FEDERAL FINANCIAL**
**GROUP, LLC, d/b/a NAVY**
**FEDERAL CREDIT UNION,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT PENDING

**COMES NOW**, Plaintiff, **MATHEW PATERNO,** by and through the undersigned counsel, and hereby submits this Notice of Settlement Pending pursuant to Local Rule 3.08 (a) and states that Plaintiff and Defendant, **NAVY FEDERAL FINANCIAL GROUP, LLC, d/b/a NAVY FEDERAL CREDIT UNION,** have reached a settlement with regard to the instant case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon finalization of the same, the parties will immediately file the appropriate dismissal documents with the Court.

Respectfully submitted on this **22 day** of **August, 2019,**

                                       */s/ Kaelyn Steinkraus*
                                       Kaelyn Steinkraus, Esq.
                                       Florida Bar No. 125132
                                       kaelyn@zieglerlawoffice.com

                                       Michael A. Ziegler, Esq.
                                       Florida Bar No. 74864
                                       mike@zieglerlawoffice.com

                                       **Law Office of Michael A. Ziegler, P.L.**
                                       2561 Nursery Road, Ste. A
                                       Clearwater, FL 33764
                                       (p)  (727) 538-4188
                                       (f)  (727) 362-4778
                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this **22** day of **August, 2019**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132