UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATHEW PATERNO,
an individual,

    Plaintiff,
v.

                                    Case No. 8:19-CV-1557-VMC-CPT

NAVY FEDERAL FINANCIAL GROUP,
LLC d/b/a NAVY FEDERAL CREDIT
UNION,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    **COMES NOW** Plaintiff, Mathew Paterno, and Defendant, Navy Federal Credit Union, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Kaelyn Steinkraus* | /s/ *Jacqueline Simms-Petredis* |
| Michael A. Ziegler, Esq. | Jacqueline Simms-Petredis, Esq. (#906751) |
| Kaelyn Steinkraus, Esq. | Sara L. Solano, Esq. (# 117966) |
| Law Office of Michael A. Ziegler, P.L. | **BURR & FORMAN LLP** |
| 2561 Nursey Road, Suite A | 201 N. Franklin Street, Suite 3200 |
| Clearwater, FL 33764 | Tampa, FL 33602 |
| mike@zieglerlawoffice.com | Telephone: (813) 221-2626 |
| kaelyn@zieglerlawoffice.com | Primary Email: jsimms-petredis@burr.com |
| **Attorneys for Paterno** | Secondary Email: ssolano@burr.com |
| | **Attorneys for NFCU** |

34166796 v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 30, 2019, I electronically filed the foregoing with the CM/ECF, which will send an electronic service copy to:

Michael A. Ziegler, Esq.
Kaelyn Steinkraus, Esq.
Law Office of Michael A. Ziegler, P.L.
2561 Nursey Road, Suite A
Clearwater, FL 33764
mike@zieglerlawoffice.com
kaelyn@zieglerlawoffice.com

/s/ <em>Jacqueline Simms-Petredis</em><br>
Jacqueline Simms-Petredis, Esq.